STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. LUTHER MILLER, DEFENDANT-RESPONDENT.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the petitioner.

*Mr. Donald T. Smith* for the respondent.

February 10, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY L. POLI, a/k/a ANTHONY L. CAPUTO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

February 10, 1970. Denied.

COMMISSIONERS OF THE FIFTH FIRE DISTRICT OF THE TOWNSHIP OF PARSIPPANY-TROY HILLS, PLAINTIFFS-PETITIONERS, v. ANTHONY SANNAZZARO, *ET AL.*, DEFENDANTS-RESPONDENTS.

COMMISSIONERS OF THE FIFTH FIRE DISTRICT OF THE TOWNSHIP OF PARSIPPANY-TROY HILLS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF PARSIPPANY-TROY HILLS, DEFENDANT-RESPONDENT.

*Mr. Patrick J. Timmons* for the petitioners.

*Messrs. Ryan, Foster & Garofalo* for the respondents.

February 10, 1970. Denied.